UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DeAndre Harris, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE |
| vs. ) | Civil Action No. 3:19CV00046 |
| ) | |
| Jason Kessler, et al,, ) | |
| ) | |
| Defendant. ) | |

To: Mr. Larry C. Brown, Esq

    Rule 4(m) of the Federal Rules of Civil Procedure states "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(l) or to service of a notice under Rule 71.1(d)(3)(A)."

    Pursuant to that rule, you are hereby given notice that the Court's record reflects that your complaint was filed on August 12, 2019 and as of this date, service has not been executed on defendant(s), Jason Kessler, Richard Spencer, Vanguard America, Andrew Anglin, Moonbase Holdings, LLC, Robert Azzmador Ray, Nathan Damigo, Elliot Kline, Identity Evropa, Matthew Heimbach, Matthew Parrot, Traditionalist Workers Party, Michael Hill, Michael Tubbs, League of the South, Jeff Schoep, National Socialist Movement, Nationalist Front, Augustus Sol Invictus, Fraternal Order of the Alt Knights, Michael Enoch Peinovich, Loyal White Knights of the Ku Klux Klan, East Coast Knights of the Ku Klux Klan, National Policy Institute, The Proud Boys, Council of Conservative Citizens, American Renaissance, The Red Elephants, American Freedom Keepers, AltRight.com, Daniel P. Borden, Alex Michael Ramos, Jacob Scott Goodwin, Tyler Watkisn Davis, John Doe 1 and John Doe 2.

    You have 15 days from this day, January 9, 2020, to notify the Clerk of this Court that service has been accomplished on said defendant(s). Otherwise, the named defendant(s) will be dismissed from the suit without prejudice by Order of this Court.

                                                        JULIA C. DUDLEY, CLERK

                                                        By:    s/H. Wheeler
                                                                     Deputy Clerk