CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 10 2020

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEANDRE HARRIS, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No: 3:19-cv-00046 |
| JASON KESSLER, RICHARD SPENCER, *et. al.*, | ) |
| *Defendants*. | ) |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant, JEFF SCHOEP, and moves the court to dismiss the Plaintiff's claims against him pursuant to FRCP 12.

Respectfully submitted,

/s/ _____

Jeff Schoep
PO BOX 13768
Detroit, MI 48213
313-671-2583
jeffschoep@protonmail.com
*Pro Se*

Dated: March 5, 2020

## CERTIFICATE OF SERVICE

I, Jeff Schoep, affirm that on March 5, 2020, I served a true and accurate copy of this document upon all attorneys of record via electronic mail and/or US Postal Service.

/s/ *[signature]*

Jeff Schoep
PO BOX 13768
Detroit, MI 48213
313-671-2583
jeffschoep@protonmail.com
*Pro Se*

**LARRY BROWN (VSB 33414)**
Attorney at Law
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
PHONE: (703)956-3577
FAX: (703)997-1402
*Attorney for Plaintiff*

**BRYAN J. JONES (VSB 87675)**
106 W. South St., Sute 201
Charlottesville, VA 22902
PHONE: (434)260-7899
FAX: (434)381-4397
EMAIL: bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*