CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

06/30/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEANDRE HARRIS, *Plaintiff*, v. JASON KESSLER, *et al.*, *Defendants*. | CASE NO. 3:19-cv-00046 <br><br> SHOW CAUSE ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on its own motion.

On February 24, 2020, Defendants Michael Smith, Michael Tubbs, and League of the South filed a motion to dismiss. Dkt. 66. On March 6, 2020, Defendants the Traditionalist Workers Party and Matthew Parrott filed a separate motion to dismiss. Dkt. 75. And on March 10, 2020, Defendant Jeff Schoep, proceeding *pro se*, filed a motion to dismiss and accompanying brief in support. Dkts. 77, 78.

As set forth in the Court's local rules and in the Pretrial Order, Plaintiff's counsel was required to respond to each of these motions to dismiss by March 18, March 20, and March 24, 2020, respectively. See Local Civil Rule 11(c)(1); Pretrial Order, Dkt. 74 at 2. These dates have all long passed, and Plaintiff's counsel has not filed any response. In addition, counsel for Identity Evropa filed a Motion to Quash Service and Dismiss Plaintiff's Complaint on March 9, 2020. Dkt. 76. Plaintiff's counsel was required to respond to that motion by March 23, 2020, and again, no response was filed.

Accordingly, Plaintiff's counsel is **ORDERED** to **SHOW CAUSE** by **July 7, 2020**, why this case should not be dismissed for failure to prosecute the case, and failure to timely respond to

dispositive motions seeking dismissal of this action. Plaintiff's counsel is further **ORDERED** to include any brief responding to each of these four motions by that date.

**The Court advises Plaintiff's counsel that failure to comply with this Order may result in dismissal of this action or other sanctions.**

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this ⎯⎯30th⎯⎯ day of June, 2020.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE