CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

07/31/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEANDRE HARRIS, *Plaintiff*, v. JASON KESSLER, *et al.*, *Defendants.* | CASE NO. 3:19-cv-00046 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

On February 24, 2020, Defendants Michael Smith, Michael Tubbs, and League of the South filed a motion to dismiss. Dkt. 66. On March 6, 2020, Defendants the Traditionalist Workers Party and Matthew Parrott filed a separate motion to dismiss. Dkt. 75. And on March 10, 2020, Defendant Jeff Schoep, proceeding *pro se*, filed a motion to dismiss and accompanying brief in support. Dkts. 77, 78. Plaintiff filed an opposition to these motions on July 7, 2020, as directed by the Court. Dkt. 82.

It is hereby **ORDERED** that Defendants shall file any reply briefs supporting their motions to dismiss (Dkts. 66, 75, 76, 77) by **August 12, 2020**.

The Clerk of Court is directed to send this Order to the parties.

Entered this  31st  day of July, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE