UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **DEANDRE HARRIS,**<br><br>Plaintiff,<br><br>v.<br><br>**JASON KESSLER, RICHARD SPENCER, ET AL.,**<br><br>Defendants. | Case No. 3:19-cv-46 |

**BRYAN J. JONES (VSB 87675)**
106 W. South St., Ste. 201
Charlottesville, VA 22902
(P):  (434) 260-7899
(F):  (434) 381-4397
(E):  bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

**LARRY BROWN (VSB 33414)**
Attorney at Law
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(P):  (703) 956-3577
(F):  (703) 997-1402
*Attorney for Plaintiff*

## REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

In Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, Plaintiff states as follows regarding League of the South, Michael Hill, and Michael Tubbs:

The involvement of Defendants Michael Hill, Michael Tubbs and League of the South (LOS) is further shown in Plaintiff's Original Complaint. Defendant Schoep's tweet identifies LOS by its abbreviation and indicates the organization was involved in the rally. As a leading white supremacist organization, and given that its co-founder, Michael Hill, and chief of staff, Michael Tubbs, were present at the rally, Plaintiff has alleged sufficient facts to show that these Defendants participated in the civil conspiracy to violate his rights.

Plaintiff's complaint fails to allege sufficient facts to support any of his claims against Hill, Tubbs, and the League of the South. Defendants' Michael Hill, Michael Tubbs, and League of the

South's mere presence at the rally is insufficient to establish a conspiracy. The fact that Schoep tweeted that "LOS" attended the rally is also insufficient to establish a conspiracy. Plaintiff has not pleaded any other facts to support any claim that Defendants Hill, Tubbs, or the League of the South engaged in a conspiracy.

## CONCLUSION

For the reason set forth herein, Defendants' Motion to Dismiss should be granted pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff fails to allege sufficient facts to support any of his claims against Hill, Tubbs, and League of the South.

Respectfully submitted,

/s/ Bryan J. Jones
Bryan J. Jones (VSB 87675)
106 W. South St., Ste. 201
Charlottesville, VA 22902
(P):  (434) 260-7899
(F):  (434) 381-4397
(E):  bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs,*
*and League of the South*

Dated:  August 1, 2020

## CERTIFICATE OF SERVICE

I, Bryan J. Jones, affirm that I am an attorney of record for Michael Hill, Michael Tubbs, and League of the South in the above-captioned civil action, and on August 1, 2020, I served a true and accurate copy of this document upon all attorneys of record who have registered to receive service of process via the Court's Electronic Filing System by submitting said documents to said System.

/s/ Bryan J. Jones
Bryan J. Jones (VSB 87675)
106 W. South St., Ste. 201
Charlottesville, VA 22902
(P):  (434) 260-7899
(F):  (434) 381-4397
(E):  bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs,
and League of the South*

Dated:  August 1, 2020