# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEANDRE HARRIS,<br><br>                          *Plaintiff*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>                        *Defendants*. | CASE NO. 3:19-cv-00046<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Court issued an Order to Plaintiff's counsel to show cause why the case should not be dismissed after Plaintiff's counsel failed to timely respond to several motions to dismiss. Dkt. 81. As directed, Plaintiff's local counsel responded to the Show Cause Order, Dkt. 83, and responded to the outstanding motions to dismiss, Dkt. 82. In so doing, Plaintiff's local counsel referenced as a reason for delay difficulty in filing a motion for Lee Merritt to appear pro hac vice. Dkt. 83 at 4. The Court issued an Order directing the filing of any motion for Mr. Merritt to move to appear pro hac vice. Dkt. 84. Because Mr. Merritt has since been admitted to appear pro hac vice, Dkts. 89, 90, accordingly, the Court **WITHDRAWS** its Show Cause Order, Dkt. 81.

    It is so **ORDERED**.

    The Clerk of Court is directed to send this Order to the parties.

    Entered this 3rd day of September, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE