**CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED**

11/06/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

CHARLOTTESVILLE, VIRGINIA 22902
ROOM 304
OFFICIAL BUSINESS

Return to Sender
— Addressee unknown —

-R-T-S-   482135313-1N   10/20/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Case: 3:19cv46

Jeff Schoep
PO Box 13768
Detroit, MI 48213

---

MIME-Version:1.0 From:ecfnoticing@vawd.uscourts.gov To:vawd_ecf_nef@vawd.uscourts.gov Bcc:
Message-Id:<3566187@vawd.uscourts.gov>Subject:Activity in Case 3:19-cv-00046-NKM-JCH Harris v. Kessler et al Order to Show Cause Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered on 6/30/2020 at 1:54 PM EDT and filed on 6/30/2020

| | |
|---|---|
| **Case Name:** | Harris v. Kessler et al |
| **Case Number:** | 3:19-cv-00046-NKM-JCH |
| **Filer:** | |
| **Document Number:** | 81 |

**Docket Text:**
ORDER TO SHOW CAUSE why this case should not be dismissed for failure to prosecute the case, and failure to timely respond to dispositive motions seeking dismissal of this action. Plaintiff's counsel is further ORDERED to include any brief responding to each of these four motions by that date. The Court advises Plaintiff's counsel that failure to comply with this Order may result in dismissal of this action or other sanctions. Show Cause Response due by 7/7/2020.. Signed by Senior Judge Norman K. Moon on 6/30/2020. (Order mailed to Pro Se Party via US Mail)(hnw)

**3:19-cv-00046-NKM-JCH Notice has been electronically mailed to:**
Elmer Woodard    isuecrooks@comcast.net
Larry C. Brown    Lcbrownjr@aol.com
Bryan Jeffrey Jones    bryan@bjoneslegal.com
**3:19-cv-00046-NKM-JCH Notice has been delivered by other means to:**
Jeff Schoep
PO Box 13768
Detroit, MI 48213

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=6/30/2020] [FileNumber=3566186-0
] [134adb3398acd8539d7fdb0852a4468283c28f9ebce454fa34c44bf8c86debe100f
7c62355f00183611825325649563a3da4060f28c5384bf7395219f2b36f2c]]

06/30/2020
JULIA C. DUDLEY, CLERK
BY: /s/ H. Wingate
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEANDRE HARRIS, | CASE No. 3:19-cv-00046 |
| *Plaintiff*, | |
| v. | SHOW CAUSE ORDER |
| JASON KESSLER, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

This matter is before the Court on its own motion.

On February 24, 2020, Defendants Michael Smith, Michael Tubbs, and League of the South filed a motion to dismiss. Dkt. 66. On March 6, 2020, Defendants the Traditionalist Workers Party and Matthew Parrott filed a separate motion to dismiss. Dkt. 75. And on March 10, 2020, Defendant Jeff Schoep, proceeding *pro se*, filed a motion to dismiss and accompanying brief in support. Dkts. 77, 78.

As set forth in the Court's local rules and in the Pretrial Order, Plaintiff's counsel was required to respond to each of these motions to dismiss by March 18, March 20, and March 24, 2020, respectively. See Local Civil Rule 11(c)(1); Pretrial Order, Dkt. 74 at 2. These dates have all long passed, and Plaintiff's counsel has not filed any response. In addition, counsel for Identity Evropa filed a Motion to Quash Service and Dismiss Plaintiff's Complaint on March 9, 2020. Dkt. 76. Plaintiff's counsel was required to respond to that motion by March 23, 2020, and again, no response was filed.

Accordingly, Plaintiff's counsel is **ORDERED** to **SHOW CAUSE** by **July 7, 2020**, why this case should not be dismissed for failure to prosecute the case, and failure to timely respond to

1

dispositive motions seeking dismissal of this action. Plaintiff's counsel is further **ORDERED** to include any brief responding to each of these four motions by that date.

**The Court advises Plaintiff's counsel that failure to comply with this Order may result in dismissal of this action or other sanctions.**

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this ___30th___ day of June, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2