# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEANDRE HARRIS,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 3:19-cv-00046<br><br>ORDER<br><br>Judge Norman K. Moon |

On December 3, 2020, this Court entered an Order denying without prejudice Defendants Matthew Parrott and the Traditionalist Workers Party's motion to dismiss the original complaint, Dkt. 75, and Defendant Jeff Schoep's separate motion to dismiss the original complaint, Dkt. 77, as the Court had anticipated Plaintiff would be filing an amended complaint. *See* Dkt. 95. Since no amended complaint has been filed, the Court **DIRECTS** Matthew Parrott and the Traditionalist Workers Party, and Jeff Schoep, to either re-file their previously filed motions to dismiss, or to file a new motion to dismiss, no later than **January 11, 2021**.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties.

Entered this  28th  day of December, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE