CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 07 2021

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEANDRE HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 3:19-cv-00046 |
| JASON KESSLER, RICHARD SPENCER, et. al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant, JEFF SCHOEP, and moves the court to dismiss the Plaintiff's claims against him pursuant to FRCP 12.

Respectfully submitted,

/s/ _____

Jeff Schoep
PO Box 66335
Roseville, MI 48066
313-671-2583
jeffschoep@protonmail.com
*Pro Se*

Dated: January 4, 2021

## CERTIFICATE OF SERVICE

I, Jeff Schoep, affirm that on January 4, 2021, I served a true and accurate copy of this document upon all attorneys of record via electronic mail and/or US Postal Service.

/s/ *[signature]*

Jeff Schoep
PO BOX 66335
Roseville, MI 48066
313-671-2583
jeffschoep@protonmail.com
*Pro Se*

**LARRY BROWN (VSB 33414)**
Attorney at Law
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
PHONE: (703)956-3577
FAX: (703)997-1402
*Lead Attorney for Plaintiff*
*Attorney To Be Notified*

**STACEY LEE MERRIT**
1910 Pacific Ave, Suite 8000
Dallas, TX 75201
(245)876-7016
*Lead Attorney for Plaintiff*
*Pro Hac Vice*
*Attorney To Be Noticed*

**ELMER WOODWARD**
5661 US Hwy 29
Blairs, BA 24527
isuecrooks@comcast.net
*Attorney for Traditionalist Workers Party, Matthew Parrot, & Identity Evropa*