UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEANDRE HARRIS,<br><br>      *Plaintiff,*<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>      *Defendants.* | CASE NO. 3:19-cv-00046<br><br>**SHOW CAUSE ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon its own motion. The Court notes that Plaintiff has not made any filings for well over a year; that previously the Court had dismissed one defendant for improper service and afforded Plaintiff the chance to effect proper service (Dkt. 110), but that Plaintiff has not attempted to do so; and that it appears that Plaintiff has not made any attempt to prosecute his case for a substantial period.* The Court therefore finds it appropriate to **DIRECT** Plaintiff's counsel to **SHOW CAUSE**, within **fourteen (14) days**, as to why this case should not be dismissed for failure to prosecute.

 It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this   14th   day of October, 2022.

                 */s/ Norman K. Moon*
                 NORMAN K. MOON
                 SENIOR UNITED STATES DISTRICT JUDGE

---

 * The Court notes that it previously had to order Plaintiff's counsel to show cause why the case should not be dismissed for failure to prosecute and failure to timely respond to motions at an earlier point in the litigation. Dkt. 81. While Plaintiff's counsel ultimately did respond and the Court withdrew its show cause order, Dkt. 92, that case history further supports the propriety of a show cause order.